# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM D. NELSON,**

Petitioner,

v.

**ANDREW OTT,**

Respondent.                                      No. 09-CV-1079-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 12, 2012, the petition is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 14, 2010, Attorney General Lisa Madigan was **DISMISSED** as a party as she was named improperly. This petition is now **DISMISSED** in its entirety, with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT


                        BY:     /s/*Sandy Pannier*
                                **Deputy Clerk**

Dated: March 12, 2012

David R. Herndon
2012.03.12
12:49:31 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT